**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**OCT 8 2002**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

VAN STAFFORD; LOIS STAFFORD,

      Plaintiffs - Appellants,

v.

CIMARRON ELEVATOR, INC., an
Oklahoma corporation,

      Defendant - Appellee.

No. 02-6143
(D.C. No. 01-CV-1586-W)
(W.D. Oklahoma)

---

**ORDER AND JUDGMENT**[*]

---

Before **SEYMOUR**, **HENRY** and **BRISCOE**, Circuit Judges.

---

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of this

appeal. See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered

submitted without oral argument.

Plaintiffs Van and Lois Stafford, appearing pro se, seek to appeal the district

court's dismissal of their complaint. Because the Staffords have failed to comply with

---

[*]This order and judgment is not binding precedent, except under the doctrines of
law of the case, res judicata, and collateral estoppel. The court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

our previously-imposed restrictions on their appellate filings, we dismiss the appeal.

In Stafford v. United States, 208 F.3d 1177 (10th Cir. 2000), we recounted the Staffords' history of filing legally frivolous complaints and appeals in an attempt to avoid paying federal income taxes, and noted we repeatedly had sanctioned them for their conduct. Because we concluded that our sanctions had not reduced their "frivolous and vexatious litigation" efforts, we found it necessary to "impose . . . filing restrictions using our inherent power to regulate federal dockets, promote judicial efficiency, and deter frivolous filings." Id. at 1179. In particular, we "enjoined [the Staffords] from filing any further appeals or original actions in this court involving related tax matters until all previously-imposed sanctions have been paid in full." Id.

The Staffords now seek to appeal the dismissal of a complaint they filed in the Western District of Oklahoma collaterally attacking a 1987 judgment entered against them in a tax-related matter. Because the Staffords have not fully paid the sanctions previously imposed against them by this court, they are enjoined from pursuing this appeal.

The appeal is DISMISSED.

<div style="margin-left: 50%;">

Entered for the Court

Mary Beck Briscoe
Circuit Judge

</div>